# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | |
|---|---|
| DWAYNE J. HILL<br>    LA. DOC #294586 | CIVIL ACTION NO. 14-3342 |
| VERSUS | JUDGE ROBERT G. JAMES |
| BURL CAIN, WARDEN LOUISIANA<br>STATE PENITENTIARY | MAG. JUDGE KAREN L. HAYES |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein,  noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that this Petition for Writ of *Habeas Corpus* pursuant to 28 U.S.C. §2254 be deemed successive and  **DISMISSED** for lack of jurisdiction.

**MONROE, LOUISIANA,** this 28th day of April, 2015.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE